M. A. RICHARDSON V. THE STATE.

No. 6556.   Decided January 18, 1922.

**Intoxicating Liquors—Possession—Repeal.**

The change in the statute upon which the prosecution was found renders it necessary to reverse the judgment.  Following Francis v. State, recently decided.

Appeal from the District Court of Gregg.   Tried below before the Honorable Chas. L. Brachfield.

Appeal from a conviction of the unlawful possession of intoxicating liquor; penalty, one year imprisonment in the penitentiary.

The opinion states the case.

*Jones & Hughes,* for appellant.

*R. G. Storey,* Assistant Attorney General, for the State.

MORROW, PRESIDING JUDGE.—The conviction is for the unlawful possession of intoxicating liquors.

The offense was alleged to have taken place on the 5th day of December, 1920.

The change in the statute upon which the prosecution was founded renders it necessary to reverse the judgment.   This is conceded by the Assistant Attorney General.   See Francis v. State, 90 Texas Crim. Rep., 399; No. 6493, not yet reported.

The judgment is reversed and remanded.

*Reversed and remanded.*